

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-19-00740-CV

Eduardo **SANCHEZ** and Alec Transport Limited Liability Company,
Appellants

v.

**SANTANDER BANK, N.A.,**
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVH000777D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellants' brief was due on February 20, 2020. Neither the brief nor a motion for extension of time has been filed.

We, therefore, **ORDER** appellants to file, on or before **March 27, 2020**, the appellants' brief and a written response reasonably explaining (1) their failure to timely file the brief and (2) why appellee is not significantly injured by their failure to timely file a brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court